UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOANNE ROGERS, by and through her Guardian Mary Rogers, and SUZANNA HARE,

    Plaintiffs,

v.

MANDY COHEN, ALLIANCE BEHAVIORAL HEALTHCARE, and VAYA HEALTH,

    Defendants.

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 5:18-cv-193-D**

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motions to dismiss [D.E. 40, 42] and DISMISSES the complaint without prejudice. The court DENIES AS MOOT defendants' first motions to dismiss [D.E. 23, 26].

IT IS FURTHER ORDERED that plaintiffs voluntarily dismissed counts five and eight [D.E. 50] on November 16, 2018.

**This Judgment Filed and Entered on February 26, 2019, and Copies To:**

| | |
|---|---|
| Mary Kathryn Mandeville | (via CM/ECF electronic notification) |
| Rodney E. Alexander | (via CM/ECF electronic notification) |
| Michael T. Wood | (via CM/ECF electronic notification) |
| Rajeev K. Premakumar | (via CM/ECF electronic notification) |
| James R. Allen | (via CM/ECF electronic notification) |
| Amy P. Mody | (via CM/ECF electronic notification) |
| Tracy J. Hayes | (via CM/ECF electronic notification) |

DATE:

February 26, 2019

PETER A. MOORE, JR., CLERK

(By) /s/ Nicole Sellers
   Deputy Clerk